# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Atma Singh,
Amrik Singh

v.

Rosemary Melville, District Director
Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 0818 BZ**

TO: (Name and address of defendant)

Rosemary Melville, District Director, U.S. Citizenship and Immigration Services
630 Sansome Street, San Francisco, CA 94111

Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services
425 I Street, Washington, D.C. 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Kaufman, Esq.
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

HELEN L. ALMACEN

(BY) DEPUTY CLERK

DATE FEB 5 2008