JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMA SINGH and <br> AMRIK SINGH, <br><br>         Plaintiffs, <br><br>    v. <br><br> ROSEMARY MELVILLE, District Director, <br> United States Citizenship and Immigration Services; <br> EMILIO T. GONZALEZ, Director, <br> United States Citizenship and Immigration Services; <br><br>         Defendants. | No. C 08-0818 SC <br><br> STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER |

    The Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for June 13, 2008, in light of the following:

    1. Plaintiffs filed an action on February 5, 2008, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate their I-485 applications.

    2. On March 4, 2008, USCIS adjudicated Plaintiff Atma Singh's I-485 application.

    3. On April 2, 2008, USCIS requested additional evidence from Amrik Singh. Plaintiff's response is due on June 25, 2008.

Stp to Extend Date of CMC
C 08-0818 SC                                1

1      4. Therefore, in order to allow sufficient time for Plaintiff Amrik Singh to submit his response
to the USCIS's request, and for USCIS to review Plaintiff's response, the parties hereby
respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    July 18, 2008

    Case Management Conference:    July 25, 2008 at 10:00 a.m.

Date: April 4, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO  
United States Attorney

_____/s/_____  
EDWARD A. OLSEN[1]  
Assistant United States Attorney  
Attorneys for Defendants

Date: April 4, 2008    _____/s/_____  
JONATHAN KAUFMAN  
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/8/08



_____  
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stp to Extend Date of CMC  
C 08-0818 SC    2