| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ATMA SINGH and<br>AMRIK SINGH, | ) | |
| | ) | No. C 08-0818 SC |
| Plaintiffs, | ) | |
| | ) | STIPULATION TO EXTEND DATE OF |
| v. | ) | CASE MANAGEMENT CONFERENCE; |
| | ) | and [PROPOSED] ORDER |
| ROSEMARY MELVILLE, District Director,<br>United States Citizenship and Immigration<br>Services;<br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration<br>Services; | ) | |
| Defendants. | ) | |

The Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for June 13, 2008, in light of the following:

1. Plaintiffs filed an action on February 5, 2008, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate their I-485 applications.

2. On March 4, 2008, USCIS adjudicated Plaintiff Atma Singh's I-485 application.

3. On April 2, 2008, USCIS requested additional evidence from Amrik Singh. Plaintiff's response is due on June 25, 2008.

Stp to Extend Date of CMC
C 08-0818 SC                                    1

4. Therefore, in order to allow sufficient time for Plaintiff Amrik Singh to submit his response to the USCIS's request, and for USCIS to review Plaintiff's response, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:     July 18, 2008

Case Management Conference:     July 25, 2008 at 10:00 a.m.

Date: April 4, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: April 4, 2008            _____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/8/08              _____
                            United States District Judge
                            Judge Samuel Conti

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stp to Extend Date of CMC
C 08-0818 SC            2