JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMA SINGH and AMRIK SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; <br><br> Defendants. | No. C 08-0818 SC <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

///

///

///

///

///

Stipulation to Dismiss
C 08-0818 SC                                                1

1  Each of the parties shall bear their own costs and fees.

2  Date: April 22, 2008                              Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
4

5                                                    _____/s/_____
                                                     EDWARD A. OLSEN[1]
6                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
7

8

9                                                    _____/s/_____
   Date: April 22, 2008                              JONATHAN KAUFMAN
10                                                   Attorney for Plaintiffs

11

12                              **ORDER**

13      Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:    4/23/08                    _____
                                         United States District Judge
16                                       IT IS SO ORDERED
                                         Judge Samuel Conti

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-0818 SC                                    2