| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone: (415) 436-6915
     FAX: (415) 436-6927

 7
     Attorneys for Defendants
 8
                    UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| | | | |
|---|---|---|---|
| 12 | ATMA SINGH and<br>AMRIK SINGH, | ) ) ) | No. C 08-0818 SC |
| 13 | Plaintiffs, | ) ) ) | |
| 14 | v. | ) ) | **STIPULATION TO DISMISS; AND**<br>[~~PROPOSED~~] **ORDER** |
| 15 | ROSEMARY MELVILLE, District Director, | ) ) | |
|    | United States Citizenship and Immigration | ) | |
| 16 | Services; | ) | |
|    | EMILIO T. GONZALEZ, Director, | ) | |
| 17 | United States Citizenship and Immigration | ) | |
|    | Services; | ) | |
| 18 |                   | ) | |
|    |       Defendants. | ) | |
| 19 | _____ | ) | |

20   Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

22 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

23 ///

24 ///

25 ///

26 ///

27 ///

28

Stipulation to Dismiss
C 08-0818 SC                              1

1  Each of the parties shall bear their own costs and fees.

2  Date: April 22, 2008                                      Respectfully submitted,

3                                                            JOSEPH P. RUSSONIELLO
                                                             United States Attorney

4

5                                                            _____/s/_____
                                                             EDWARD A. OLSEN[1]
6                                                            Assistant United States Attorney
                                                             Attorneys for Defendants

7

8

9                                                            _____/s/_____
   Date: April 22, 2008                                      JONATHAN KAUFMAN
10                                                           Attorney for Plaintiffs

11

12                                         **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:   4/23/08                          _____
                                             United States District Judge
16                                           *IT IS SO ORDERED*
                                             *Judge Samuel Conti*
17

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-0818 SC                                2